## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Douglas Shmeelk<br>Janet Shmeelk AKA Janet Golon<br>                Debtors | CHAPTER 13 |
| Quicken Loans Inc.<br>                Movant<br>       vs. | NO. 16-13848 SR |
| Douglas Shmeelk<br>Janet Shmeelk AKA Janet Golon<br>                Debtors | |
| Terry P. Dershaw Esq.<br>                Trustee | 11 U.S.C. Sections 362 and 1301 |

### ORDER

AND NOW, this 2nd day of Septembeer, 2016 it is hereby **ORDERED** that if Douglas Shmeelk Janet Shmeelk AKA Janet Golon ("Debtors") and Quicken Loans Inc. ("Movant") elect to enter into Deed in Lieu of Litigation under the terms proposed by the Mortgagee, Debtors and Movant may do so without there being any violation of the bankruptcy stay, or the provisions of USC § 362.

*[signature]*

Stephen Raslavich
United States Bankruptcy Judge

Douglas Shmeelk
2558 Fernwood Avenue
Abington, PA 19001

Janet Shmeelk AKA Janet Golon
2558 Fernwood Avenue
Abington, PA 19001

Daniel E. Mueller
Harborstone Law Group
40 West Evergreen Avenue, Suite 101
Philadelphia, PA 19118

Terry P. Dershaw Esq.
P.O. Box 556 (VIA ECF)
Warminster, PA 18974-0556