United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Janet Schmeelk  
Douglas Schmeelk  
    Debtors

Case No. 16-13848-sr  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia      Page 1 of 1      Date Rcvd: Sep 02, 2016  
                 Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2016.  
db/jdb      +Janet Schmeelk,    Douglas Schmeelk,    2558 Fernwood Ave,    Abington, PA 19001-3104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.           TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2016                      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2016 at the address(es) listed below:  
      DANIEL E. MUELLER   on behalf of Joint Debtor Douglas  Schmeelk dem@demattorney.com, harborstoneecf@gmail.com  
      DANIEL E. MUELLER   on behalf of Debtor Janet  Schmeelk dem@demattorney.com, harborstoneecf@gmail.com  
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
      TERRY P. DERSHAW    td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                 TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Douglas Shmeelk<br>Janet Shmeelk AKA Janet Golon<br>　　　　　　　　Debtors | CHAPTER 13 |
| Quicken Loans Inc.<br>　　　　　　　　Movant<br>vs. | NO. 16-13848 SR |
| Douglas Shmeelk<br>Janet Shmeelk AKA Janet Golon<br>　　　　　　　　Debtors<br>Terry P. Dershaw Esq.<br>　　　　　　　　Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this 2nd day of Septembeer, 2016 it is hereby **ORDERED** that if Douglas Shmeelk Janet Shmeelk AKA Janet Golon ("Debtors") and Quicken Loans Inc. ("Movant") elect to enter into Deed in Lieu of Litigation under the terms proposed by the Mortgagee, Debtors and Movant may do so without there being any violation of the bankruptcy stay, or the provisions of USC § 362.

_____
Stephen Raslavich
United States Bankruptcy Judge

Douglas Shmeelk
2558 Fernwood Avenue
Abington, PA 19001

Janet Shmeelk AKA Janet Golon
2558 Fernwood Avenue
Abington, PA 19001

Daniel E. Mueller
Harborstone Law Group
40 West Evergreen Avenue, Suite 101
Philadelphia, PA 19118

Terry P. Dershaw Esq.
P.O. Box 556 (VIA ECF)
Warminster, PA 18974-0556